**FILED**

03/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0083

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 20-0083

_____

STATE OF MONTANA, by and through the DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION, for and on behalf of the BOARD OF
LAND COMMISSIONERS, and THE OFFICE OF THE ATTORNEY
GENERAL,

      Plaintiffs/Appellees/Cross-Appellants,

vs.

GREENFIELDS IRRIGATION DISTRICT, BOARD OF COMMISSIONERS OF
GREENFIELDS IRRIGATIONDISTRICT,

      Defendants/Appellants/Cross-Appellees.

_____

## ORDER GRANTING EXTENSION

_____

Upon consideration of Appellees/Cross-Appellants' Third Unopposed
Motion for Extension of Time to File Reply Brief in Support of Cross-Appeal and
good cause appearing therefore, IT IS HEREBY ORDERED that the
Appellees/Cross-Appellants are hereby granted a 60-day extension of time up to
and including May 23, 2021, to prepare, file and serve Reply Brief on Cross-
Appeal.

c:    Brian C. Bramblett; Barbara Chillcott; Jeremiah Langston; Jon Metropoulos;
      KD Feeback;

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 24 2021